# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-3427

_____

United States of America

*Plaintiff - Appellee*

v.

Deleon Coltay Walker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 24, 2019
Filed: July 2, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Deleon Walker directly appeals after he pleaded guilty to Hobbs Act robbery and a firearm offense, and the district court[1] sentenced him below the Guidelines

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota.

range to the statutory minimum sentence. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging Walker's classification as an armed career criminal under the Armed Career Criminal Act (ACCA).

Upon careful review, we conclude that the district court did not err in classifying Walker as an armed career criminal, *see United States v. Shockley*, 816 F.3d 1058, 1062 (8th Cir. 2016) (reviewing classification under ACCA de novo), as we find that Walker's three prior convictions for Minnesota aggravated robbery qualify as violent felonies under the ACCA. *See United States v. Pettis*, 888 F.3d 962, 965-66 (8th Cir. 2018), *cert. denied*, 139 S. Ct. 1258 (2019); *United States v. Libby*, 880 F.3d 1011, 1013 (8th Cir. 2018); *see also Stokeling v. United States*, 139 S. Ct. 544 (2019).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw. Walker's motion to stay the appeal is denied.

_____